petitioner. *Mr. L. G. Seeligson* for respondent.

No. 269. SABIN ET AL. *v.* HOME OWNERS' LOAN CORPORATION ET AL. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Herbert K. Hyde* for petitioners. *Acting Solicitor General Judson* and *Mr. Harold Lee* for the Home Owners' Loan Corporation, respondent.

No. 373. DUISBERG *v.* MARKHAM, ALIEN PROPERTY CUSTODIAN. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Eugene L. Garey* for petitioner. *Acting Solicitor General Judson* and *Assistant Attorney General Wechsler* for respondent.

No. 388. UNITED STATES *v.* HAVEMEYER; and
No. 389. HAVEMEYER *v.* UNITED STATES. November 5, 1945. Petitions for writs of certiorari to the Court of Claims denied. *Solicitor General McGrath, Assistant Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, Arnold Raum* and *Miss Helen R. Carloss* for the United States. *Messrs. Preston B. Kavanagh* and *William M. Sperry, 2nd* for Havemeyer. Reported below: 103 Ct. Cls. 564, 59 F. Supp. 537.

No. 406. MADAFFER *v.* UNITED STATES. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward E. Petrillo* for petitioner. *Solicitor General McGrath* and

*Mr. Robert S. Erdahl* for the United States.

No. 407. VIRGINIA EX REL. TOWN OF APPALACHIA ET AL. *v.* OLD DOMINION POWER CO., INC. November 5, 1945. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. M. M. Heuser* for petitioners. *Messrs. E. Randolph Williams* and *T. Justin Moore* for respondent.

No. 412. GREAT LAKES DREDGE & DOCK CO. *v.* WALLING, ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Homer D. Dines* and *James P. Dillie* for petitioner. *Solicitor General McGrath* and *Miss Bessie Margolin* for respondent.

No. 413. BAY STATE DREDGING & CONTRACTING CO. *v.* WALLING, ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Edward C. Park* for petitioner. *Solicitor General McGrath* and *Miss Bessie Margolin* for respondent.

No. 414. HALL *v.* UNITED STATES. November 5, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioner. *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 415. HEINEL MOTORS, INC. ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. November 5, 1945. Petition for